United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41501
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE LUIS RODRIGUEZ-FLORES,
also known as Simon Millan-Flores,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-02-CR-563-ALL
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Jose Luis Rodriguez-Flores appeals the revocation of his

supervised release based on his being found illegally in the

United States after deportation in violation of the conditions of

his supervised release.  He argues that his underlying conviction

under 8 U.S.C. § 1326 is unconstitutional in view of <u>Apprendi v.

New Jersey</u>, 530 U.S. 466 (2000).  A defendant may not use the

revocation of supervised release to challenge his sentence for

the underlying offense based on <u>Apprendi</u> for the first time.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Moody, 277 F.3d 719, 720-21 (5th Cir. 2001).
Therefore, Rodriguez-Flores may not challenge his underlying
conviction in this appeal of the revocation of his supervised
release.  See id.

Nonetheless, Rodriguez-Flores acknowledges that his attack
on his conviction is foreclosed by Almendarez-Torres v. United
States, 523 U.S. 224, 226-27 (1998), but seeks to preserve it for
Supreme Court review.  Apprendi did not overrule Almendarez-
Torres.  Apprendi, 530 U.S. at 489-90, 496.  This court must
follow Almendarez-Torres until the Supreme Court overrules it.
United States v. Hernandez-Avalos, 251 F.3d 505, 507 & n.1
(5th Cir. 2001).

AFFIRMED.